PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tyshawn Wilson                      Cr.: 01-00553-001
                                                                                                         PACTS #: 30574

Name of Sentencing Judicial Officer:     The Honorable Nicholas H. Politan, United States District Judge

Name of Newly Assigned Judicial Officer: The Honorable Esther Salas, United States District Judge

Date of Original Sentence: December 20, 2001

Original Offense: Bank Robbery (18 U.S.C. §§ 2113(a) and (d))

Original Sentence: 188 months imprisonment followed by 60 months supervised release

Special Conditions: Substance abuse testing/treatment; financial disclosure; no new debt or additional lines of credit; $100 special assessment; $5,737 in restitution

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/11/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                  On October 27, 2017, Wilson was issued summons number SC-2017-011091-1818 by the Somerville Police Department, which alleges Wilson committed the act of simple assault against an ex-girlfriend. The matter remains pending in the Somerville Municipal Court with proceedings scheduled for February 1, 2018, and March 1, 2018.

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand from the Court. The probation office will continue to closely monitor his progress and the pending court matter. Any further noncompliance and conviction will be reported to the court.

                                                                                      Respectfully submitted,

                                                                                     *Adriana Garcia/nm*

                                                                                     By: Adriana Garcia
                                                                                         U.S. Probation Officer
                                                                                     Date: 01/17/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This document will serve as an official written reprimand issued under the authority of the Court

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.DJ

_____
January 18, 2018
Date